

## NUMBER 13-25-00654-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

CLEMENTE TORRES
A/K/A CLEMENTE M. TORRES,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### ON APPEAL FROM THE 476TH DISTRICT COURT
### OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices Peña and West
### Memorandum Opinion by Chief Justice Tijerina

This cause is before the Court on its own motion. On December 2, 2025, appellant attempted to perfect an appeal from a judgment entered in trial court cause number CR-1332-23-M. A judgment was issued in this matter on October 29, 2025. We are of the

opinion that appellant's notice of appeal was untimely and now dismiss the appeal for want of jurisdiction.

On December 8, 2025, the Clerk of the Court notified appellant that it appeared the appeal was not perfected timely. Appellant was advised the appeal would be dismissed if the defect was not corrected within ten days from the date of the notice. Appellant has failed to file a response or otherwise correct the defect.

This Court's appellate jurisdiction in a criminal case is invoked by a timely filed notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely filed notice of appeal, a court of appeals does not obtain jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Appellant may be entitled to an out-of-time appeal by filing a post-conviction writ of habeas corpus returnable to the Texas Court of Criminal Appeals; however, the availability of that remedy is beyond the jurisdiction of this Court. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a); *see also Ex parte Garcia*, 988 S.W.2d 240 (Tex. Crim. App. 1999).

Therefore, this appeal is dismissed for want of jurisdiction.

JAIME TIJERINA
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of February, 2026.

2